**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICANS W/DISABILITIES ADVOCATES,

        Plaintiff,

   v.

AMERCO,

        Defendant.
_____/

No. 03-01430 CW
    03-01432 CW
    03-01439 CW
    03-01440 CW
    03-01441 CW
    03-03322 CW
    03-03326 CW
    03-03983 CW
    03-03984 CW
    03-03985 CW
    03-03986 CW
    03-04039 CW
    03-04040 CW
    03-04041 CW
    03-04314 CW

ORDER DISMISSING
CONSOLIDATED
CASES

    The above-captioned cases having been consolidated for all
further proceeding with C-03-1428 CW, <u>Americans with Disabilities
Advocates v. AMERCO</u>,

    IT IS HEREBY ORDERED that:

    There appears to be no further reason at this time to maintain
these files as open ones for statistical purposes, and the Clerk is
instructed to submit the JS-6 Forms to the Administrative Office.

    2.   Nothing contained in this Order shall be considered a

1  dismissal or disposition of these actions, and, should further

2  proceedings become necessary or desirable, any party may initiate

3  it in the same manner as if this Order had not been entered.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1

2     Dated      9/8/05

                                              CLAUDIA WILKEN

3                                              United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3